IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD JOHNSON** | : | **CIVIL ACTION** |
| **v.** | : | |
| **SCI-CAMP HILL, et al.** | : | **NO. 02-5021** |

**O R D E R**

AND NOW, this       day of July, 2002, having considered plaintiff's complaint and motion to proceed in forma pauperis, IT IS HEREBY ORDERED that:

(1) Plaintiff's motion to proceed in forma pauperis is DENIED WITHOUT PREJUDICE;

(2) Plaintiff may reassert this action in the United States District Court in which venue is properly laid pursuant to 28 U.S.C. § 1391(b);[1]

(3) The Clerk of Court shall retain the original records filed in this case in the civil action file, and forward copies of these records to the plaintiff with this order; and

(4) The Clerk of Court shall CLOSE this action statistically.

**BY THE COURT:**

---

1. Because plaintiff's claim arose at S.C.I. Somerset, which is located in the Western District of Pennsylvania, and S.C.I. Camp Hill, which is located in the Middle District of Pennsylvania, and no defendant resides in the Eastern District of Pennsylvania, plaintiff's complaint may not be brought in the United States District Court for the Eastern District of Pennsylvania.

_____        _____
                                      **LOWELL A. REED, JR., J.**